**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL RODRIGUEZ, Individually and as the representative of a class of similarly situated persons,

                          Case No.   1:20-cv-1183-WFK-VMS

            Plaintiff,

- against -

VENUS ET FLEUR LLC,

            Defendants.
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Angel Rodriguez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against Venus et Fleur LLC.  No Answer has been filed in this case.

Dated:  Scarsdale, New York
        March 30, 2020

                                  SHAKED LAW GOUP, P.C.
                                  Attorneys for Plaintiff

                               By: */s/Dan Shaked*
                                 Dan Shaked (DS-3331)
                                 14 Harwood Court, Suite 415
                                 Scarsdale, NY 10583
                                 Tel. (917) 373-9128
                                 Fax (718) 704-7555
                                 e-mail: ShakedLawGroup@Gmail.com

                The application is granted.
                SO ORDERED.
                    s/  WFK
                William F. Kuntz, II, U.S.D.J.
                Dated: April 6, 2020